```
                                    FILED
                              U.S. DISTRICT COURT
                                 SAVANNAH DIV.
       IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA
                              2012 JUN 27  AM 9:43
                  SAVANNAH DIVISION

                                    CLERK_____
                                         SO. DIST. OF GA.
```

|   |   |   |
|---|---|---|
| WALTER RYAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. CV412-132 |
| | ) | |
| SHERIFF AL ST. LAWRENCE, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed.[1] After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's § 2241 petition is **DISMISSED**. The Clerk of Clerk is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The docket indicates that the report and recommendation sent to Petitioner was returned as undeliverable. (Doc. 6.) However, at no time did Petitioner notify the Court of any change of address. Under this Court's rules, "[e]ach attorney and pro se litigant has a continuing obligation to apprise the Court of any address change." S.D. Ga. L.R. 11.1; accord Bazemore v. United States, 292 F. App'x 873, 875 n.4 (11th Cir. 2008) (unpublished). Indeed, if Petitioner's address changed, he was required to notify the Court.